UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| L&C GOODS, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:24-CV-10987<br><br>JUDGE LINDSAY C. JENKINS<br><br>MAGISTRATE JUDGE JEFFREY T. GILBERT |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 177 | fei081-1 |
| 185 | jiach44 |
| 205 | sun_ya_53 |
| 212 | wulij_94 |
| 146 | Muken |
| 150 | Dottsiu |
| 157 | Small-Commodity Discount Store |

Dated: December 30, 2024

Respectfully submitted,

/s/ Ann Marie Sullivan
Ann Marie Sullivan
Alison Carter
AM Sullivan Law, LLC
1440 W. Taylor St., Suite 515
Chicago, Illinois 60607
Telephone: 224-258-9378
E-mail: ams@amsullivanlaw.com
**ATTORNEYS FOR PLAINTIFF**